IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO FINISHED METALS, INC., )
et al., )
)
Plaintiffs, )
)
v. ) No. 06 C 475
)
ROLL COATER, INC., )
)
Defendant. )

MEMORANDUM ORDER

This recently-removed action has previously been set for an initial status hearing to be held on February 23, 2006. In the meantime, plaintiffs Chicago Finished Metals, Inc. and Terry Andersen have raised a legitimate question as to whether the required amount-in-controversy floor is exceeded here,[1] failing which this Court would be obligated to remand the case to the Circuit Court of Cook County. This Court will not require a separate noticing up of the alternative motion to remand on that score, instead expecting that removing defendant Roll Coater, Inc. will address the issue at that initial status hearing.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 15, 2006

---

[1] There is no dispute as to the other aspect of diversity jurisdiction--the total diversity of citizenship as between plaintiffs on the one hand and defendant on the other.